IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOUIS V. GABALDONI, M.D.          :
                                  :
      v.                          :   CIVIL NO. L-98-1094
                                  :
THE WASHINGTON COUNTY             :
   HOSPITAL ASSOCIATION, et al.   :
                                  :

ORDER

Before the Court is the defendants' Motion to Quash Subpoena. The plaintiff has subpoenaed Dr. Jay B. Greenberg for a deposition on September 30, 1999. The defendants state they have tried repeatedly to schedule a deposition for Dr. Greenberg at a time convenient to both parties, but have been unsuccessful. They report that counsel for the plaintiff then unilaterally scheduled Dr. Greenberg's deposition for September 30. The plaintiff does not insist on deposing Dr. Greenberg on September 30; he is however concerned that he will not otherwise be able to depose Dr. Greenberg before October 6, the deadline for completion of discovery.

Therefore, this Court hereby ORDERS that:

(i)    the subpoena served on Jay B. Greenberg, M.D. shall be quashed;

(ii)   the deadline for completion of discovery is extended to allow the completion of the deposition of Dr. Greenberg. The parties will inform the Court of their recommendations for a new deadline for completion of discovery at the telephone conference currently scheduled for October 1, 1999;

(iii)   the parties will arrange for the deposition of Dr. Greenberg at the earliest date of mutual convenience.

IT IS SO ORDERED this 30 day of September, 1999.

_____
Benson Everett Legg
United States District Judge