FILED ENTERED
LODGED RECEIVED
OCT 8 1999
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOUIS V. GABALDONI, M.D. :
:
v. : CIVIL NO. L-98-1094
:
THE WASHINGTON COUNTY :
HOSPITAL ASSOCIATION, et al. :
:

ORDER

On October 1, 1999, this Court held a telephone conference on the record. For the reasons stated in the conference, this Court hereby ORDERS:

(i) the parties are to reconvene the deposition of Dr. Gabaldoni for the purpose of reviewing the plaintiff's privilege log and determining why the plaintiff is asserting attorney-client privilege for the notes indexed in the log;

(ii) the defendants' Motion to Strike Expert Witness Designations and Exclude Expert Testimony is DENIED. The defendants may refile at the time they file a Motion for Summary Judgment;

(iii) the plaintiff's Motion to Compel is DENIED. By October 13, 1999, the defendants will submit copies of the unredacted and redacted minutes of the committee meetings and other documents at issue to the Court for in camera review. The defendants will also submit the

36

authority under which they assert attorney-client privilege;

(iv) the defendants' Motion for Protective Order is DENIED. As stated at the conference, the plaintiff agrees to limit the time period of his questioning;

(v) the deadline for completion of discovery is extended to November 8, 1999, to allow for the depositions of witnesses Greenberg, McElewee, and Hackett, any additional depositions already scheduled, and production of any remaining documents;

(vi) the deadline for submission of dispositive motions is extended until November 22, 1999. Oppositions to dispositive motions will be due December 13, 1999, and Replies will be due January 4, 2000;

(vii) the pre-trial conference currently scheduled for November 1, 1999 will be rescheduled after the submission of dispositive motions.

IT IS SO ORDERED this 5TH day of October, 1999.

Benson Everett Legg
United States District Judge