UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED ENTERED
LODGED RECEIVED

JAN 19 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Chambers of
BENSON EVERETT LEGG
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 19, 2000

MEMORANDUM TO COUNSEL RE: <u>GABALDONI v. WASHINGTON COUNTY HOSPITAL ASSOCIATION, et al.</u> - CIVIL NO. L-98-1094

Judge Legg is temporarily out of the office due to his recent back surgery. In his absence, I am monitoring some of his cases for him.

Two matters have arisen related to Judge Legg's Order of December 14, 1999:

(i)   Paragraph v of the Court's December 14 Order required the plaintiff to submit a reply memorandum addressing the defendants' assertion of privilege for the communications between WCHA and the Medical Staff's counsel (see Exhibit C of the defendants' December 28 submissions). As of today, no such memorandum has been received. The plaintiff is therefore ordered to submit a reply memorandum within seven days of the date of this Order. If Plaintiff does not intend to submit a reply memorandum, he is promptly to inform the Court.

(ii)  In the defendants' December 28 letter accompanying their submissions, defendants state they have submitted for <u>in camera</u> review the May 15, 1996 memorandum and May 24, 1996 letter (responsive to paragraph vii of the Court's December 14 Order). The Court presumes these documents are exhibits C3 and C4. The defendant is to submit a letter within seven days confirming that these are in fact the documents in question, or directing the Court's attention to the proper documents.

Despite the informal nature of this Memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge