UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

_____FILED    _____ENTERED
_____LODGED    _____RECEIVED

JAN 27 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 25, 2000

MEMORANDUM TO COUNSEL RE: <u>GABALDONI v. WASHINGTON COUNTY HOSPITAL ASSOCIATION, et al.</u> - CIVIL NO. L-98-1094

        Judge Legg is temporarily out of the office due to his recent back surgery.  In his absence, I am monitoring some of his cases for him.

        The Court is in receipt of Defendant WCHA's Renewed Motion to Compel, filed December 22, 1999.  It has also received WCHA's reply memorandum, filed January 18, 2000.  Missing, however, is the plaintiff's opposition to WCHA's motion.  Neither the Clerk's office nor chambers has a record of receiving an opposition memorandum from the plaintiff.  An opposition memorandum apparently exists, however, because WCHA refers to the opposition in its reply memorandum.

        The plaintiff is instructed to file a copy of his opposition memorandum with the Court within five (5) days of the date of this Order.

        Despite the informal nature of this Memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

                                Very truly yours,

                                J/ Frederick Motz
                                United States District Judge

c: Court file