```
                                              ____FILED ____ENTERED
                                              ____        ____RECEIVED

                                                    1  2000
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
                                              CLERK'S OFFICE
                                              DISTRICT OF MARYLAND
                                           BY                  DEPUTY
```

LOUIS V. GABALDONI, M.D.            :
                                    :
    v.                              : CIVIL NO. L-98-1094
                                    :
THE WASHINGTON COUNTY               :
   HOSPITAL ASSOCIATION, et al.    :

<u>ORDER</u>

For the reasons stated in a Memorandum of even date, the Court hereby ORDERS that:

(i)    Defendants are to produce to the plaintiff the documents marked in the defendants' December 28, 1999 submissions as Exhibits B3, B4, B5, B10, and part of B12, as described in the accompanying memorandum. Defendants are also to produce the attachment to Exhibit B2 if they have not already done so;

(ii)   Defendants are to produce to the plaintiff the documents marked as Exhibits C1 through C6 in their December 28, 1999 submission. Exhibit C6 may be redacted as described in the accompanying memorandum;

(iii)  Defendants are to produce a revised redacted version of Exhibit E6 as described in the accompanying memorandum;

(iv)   Defendants are to produce to the plaintiff all documents described in this Order within ten days from the date of this Order;



(v)   Defendants may file with the Court a supplement to their Motion for Summary Judgment within seventeen days from the date of this Order; and

(vi)  Plaintiff may file a supplement to his opposition to Defendants' Motion for Summary Judgment within twenty-four days from the date of this Order.

IT IS SO ORDERED this 10TH day of February, 2000.

                                  _____
                                  Benson Everett Legg
                                  United States District Judge