UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

April 4, 2000

MEMORANDUM TO COUNSEL RE: <u>GABALDONI v. WASHINGTON COUNTY HOSPITAL ASSOCIATION, et al.</u> - CIVIL NO. L-98-1094

    The Court is in receipt of Plaintiff's Motion to Re-Open Discovery. In his Motion, the plaintiff seeks to reconvene the depositions of four Board members (Roney, Harrison, Phoebus, and Latimer), and to take the deposition of Attorney Michael Schaefer.

    The parties have already undertaken extensive discovery in this case. Nevertheless, the Court finds it in the interests of justice to GRANT IN PART the plaintiff's Motion. The plaintiff will be permitted to reconvene the depositions of the four Board members. The depositions shall be limited to forty-five (45) minutes each. The questions shall be limited to matters pertaining to the recently produced documents that were used at the April 1996 Board meeting. The depositions may be taken by telephone at the option of the deponents.

    The Court does not find a deposition of Mr. Schaefer necessary. If, as the plaintiff argues, the facts Mr. Schaefer presented to the Board were inaccurate, the plaintiff may point out these inaccuracies in his memorandum. Likewise, the plaintiff may cite any deficiencies in Mr. Schaefer's summaries of the appraisal of Dr. Gabaldoni's abilities.

    In order to at last complete discovery, the parties are to complete the depositions authorized by this Order within two (2) weeks from the date of this Order. The plaintiff shall then have two (2) additional weeks to submit a second supplemental memorandum in opposition to summary judgment. The defendants will then have two (2) weeks to file a reply.

    Despite the informal nature of this Memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File