IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LOUIS V. GABALDONI, M.D.           :

v.                                  :     CIVIL NO. L-98-1094

                                    :

THE WASHINGTON COUNTY              :
  HOSPITAL ASSOCIATION, et al.     :

## ORDER

On August 11, 2000, this Court held a telephone conference on the record. For the reasons stated at the hearing, this Court hereby ORDERS that:

(i)   the defendants' Motion for Summary Judgment is GRANTED;

(ii)  final judgment is ENTERED in favor of the defendants and against the plaintiff; and

(iii) the clerk is directed to CLOSE the case.

IT IS SO ORDERED this 11TH day of August, 2000.

                                    _____
                                    Benson Everett Legg
                                    United States District Judge