IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

LOUIS V. GABALDONI, M.D.,          *

    Plaintiff-Appellant,           *

v.                                 *

WASHINGTON COUNTY                  *    Civil Action No.: L-98-1094
HOSPITAL ASSOCIATION, et al.,
                                   *

    Defendants-Appellees.
                                   *

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon consideration of Plaintiff-Appellant's Motion to Supplement Record on Appeal, and any opposition thereto, it is this 16th day of Nov., 2000, hereby

ORDERED that Plaintiff-Appellant's Motion be and is Granted; and it is

FURTHER ORDERED that the schedule of documents attached to Plaintiff-Appellant's Motion to Supplement Record on Appeal be added to the Court's official record.

_____
United States District Judge