IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

LOUIS V. GABALDONI, M.D.

Plaintiff

v.

Case No. L98-1094

THE WASHINGTON COUNTY
HOSPITAL ASSOCIATION, et al.

Defendants

## ORDER

Upon consideration of defendants-appellees' response to plaintiff's motion to supplement record, it is this 16 day of November, 2000 ORDERED that the document attached to the defendants' response be added to the Court's official record.

B.L.
Judge Benson E. Legg
United States District Court for the District of Maryland

